

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2021

No. 04-21-00350-CV

**IN THE INTEREST OF J.S.**, a child,
Appellant

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-2060-CV-A
Honorable William D. Old III, Judge Presiding

# O R D E R

The district court signed a final judgment terminating Appellant Ashley Molina's parental rights on August 6, 2021. Molina filed a notice of appeal on August 20, 2021. Appellate counsel was appointed on August 25, 2021.

On August 30, 2021, a clerk's record was requested for Molina, but no reporter's record was requested. *Contra* TEX. R. APP. P. 34.6(b).

On September 21, 2021, this court received a docketing statement that indicated a reporter's record was requested on September 17, 2021, but as of September 22, 2021, the reporter named in the docketing statement has received no request. *Contra id*.

On September 22, 2021, this court received a motion to order the reporter's record be filed and to extend Appellant's brief due date to ten days after the filing of the reporter's record. However, under Rule 34.6(b) of the Texas Rules of Appellate Procedure, the appellant must request the record from the reporter. *See id*. Therefore, Appellant's motion is GRANTED IN PART. Appellant must request the reporter's record within THREE BUSINESS DAYS, following which, the record will be due after ten days. *See* TEX. R. APP. P. 35.1(b). Once the requested record is filed, the Appellant will have twenty days to file her brief. *See* TEX. R. APP. P. 38.6(a).

If Appellant fails to request the reporter's record, the brief will be due on October 18, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2021.



MICHAEL A. CRUZ, Clerk of Court